Filed by **DD** D.C.

Jan 22, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**21-60026-CR-SMITH/VALLE**

CASE NO. _____

18 U.S.C. § 611

UNITED STATES OF AMERICA

vs.

PASCAL J. CORSO,

        **Defendant.**
_____/

## INFORMATION

The United States Attorney charges that:

On or about November 8, 2016, in Broward County, in the Southern District of Florida, the defendant,

**PASCAL J. CORSO,**

an alien, fully knowing that he was not a United States citizen, did knowingly vote in an election held in part for the purpose of electing a candidate for federal office.

In violation of Title 18, United States Code, Section 611.

_____
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA
v.

PASCAL J. CORSO

                  Defendant.        /

CASE NO. _____

## CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division:** (Select One)
___ Miami  ___ Key West
✓ FTL  ___ WPB  ___ FTP

New defendant(s)        Yes ___ No ___
Number of new defendants ___
Total number of counts  ___

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   English

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)                             (Check only one)

   I    0 to 5 days        ✓                    Petty     ___
   II   6 to 10 days       ___                  Minor     ___
   III  11 to 20 days      ___                  Misdem.   ✓
   IV   21 to 60 days      ___                  Felony    ___
   V    61 days and over   ___

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)?   Yes ___   No ✓

/s/ *James M. Ustynoski*
**JAMES M. USTYNOSKI**
ASSISTANT UNITED STATES ATTORNEY
Bar # A5502615

*Penalty Sheet(s) attached

REV 6/5/2020

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

**Defendant's Name:** Pascal J. Corso

**Case No:** _____

Count #: 1

Election Fraud

Title 18, United States Code, Section 611

\* **Max.Penalty:** 1 year imprisonment; 1 year supervised release; and a fine up to $100,000.

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) |
|---|---|
| v. | ) Case No. |
| Pascal J. Corso, | ) |
| Defendant | ) |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 1/20/1021

_____
Defendant's signature

_____
Signature of defendant's attorney

Anthony Rubino, Esq.
Printed name of defendant's attorney

_____
Judge's signature

_____
Judge's printed name and title