UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 21-CR-60026-RS

UNITED STATES OF AMERICA

vs.

PASCAL J. CORSO,

Defendant.
_____/

## FACTUAL PROFFER

The United States of America and Defendant Pascal J. Corso ("CORSO") agree that had this case gone to trial, the United States would have proven the following facts, among others, beyond a reasonable doubt:

According to the United States Citizenship and Immigration Service ("USCIS"), on or about February 28, 2012, CORSO, a French National, first entered the United States as a tourist for ninety (90) days under the Visa Waiver Program.

On May 21, 2012, CORSO married a United States citizen. Four days later, CORSO's spouse filed a "Petition for Alien Relative," and CORSO filed an "Application to Register as a Permanent Residence or Adjusted Status." On January 17, 2013, CORSO obtained permanent residence status ("Green Card") through his spouse.

Over five and half years later, on November 14, 2018, CORSO's marriage dissolved. Two days later, CORSO notified USCIS of his divorce and he applied for naturalization. In his application for citizenship, CORSO disclosed that he had registered to vote, and that he voted in federal, state, or location elections in the United States.

On September 17, 2019, CORSO was interviewed at the USCIS office in Oakland Park, Florida. In the interview, CORSO confirmed that he completed the naturalization paperwork, and that he had previously registered and voted in a federal, state, or local election. On September 20,

2019, the director at the USCIS office in Oakland Park, Florida sent a letter to CORSO requesting that he provide USCIS with: (1) a copy of his voter register card; (2) a copy of his voter registration application; (3) his voting records from the local election authority documenting his voting history; and (4) proof of his "de-registration" as a voter.  USCIS asked CORSO to "respond by October 23, 2019," and that his "failure to do so may result in the denial of his application."

On October 10, 2019, CORSO went to the Broward County Supervisor of Elections office ("SOE") to obtain the documents and comply with USCIS' letter.  At the SOE, CORSO completed a "Removal Request" form, which he signed indicating that he is not a citizen of the United States, and that he would like the SOE to remove him from the registration rolls in Broward County, Florida. After CORSO completed the Removal Request form, the SOE provided him with the supporting documentation that USCIS needed back in order to investigate his citizenship application.

Thereafter, CORSO forwarded the supporting documentation to USCIS for their review. The records revealed that CORSO registered to vote with the Broward SOE on August 9, 2016, and on September 18, 2016.  In both voter registration forms, CORSO noted that he was born in France, but he affirmed he was a citizen of the United States of America.  Additionally, in both voter registration forms CORSO provided his address, his date of birth, and matching signatures. Significantly, the SOE's records indicate that CORSO voted by mail in the 2016 General Election.

On December 12, 2019, CORSO agreed to another interview at the USCIS office in Oakland Park, Florida. During the interview, which was transcribed and recorded, CORSO claimed that he registered to vote because: "a guy told me it was ok to vote with my permanent resident card"; he was "confused"; and he registered to vote at a L.A. Fitness, where an unknown male completed some portions of the voter registration form on his behalf. The USCIS officer

2

asked CORSO why he applied for citizenship to the United States if he already believed he was a citizen, had registered to vote as a United States' citizen, and in-fact voted? CORSO stated, "It's not because I believed I was a citizen; I believed that I had the right to vote and nobody stopped me when I was putting in all my information, so I thought I was doing the right thing."

On February 11, 2020, CORSO had a hearing with the USCIS to determine his eligibility to become a United States citizen.   After the hearing, given that CORSO had registered to vote and, in-fact, voted in the 2016 General Election, the USCIS denied CORSO's naturalization application.

The United States and CORSO agree that these facts, which do not include all of the facts known to the government and CORSO, are sufficient to prove CORSO guilty of Election Fraud, in violation of Title 18, United States Code, section 611.

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

Date: 2/19/2021

By: _____
JAMES M. USTYNOSKI
ASSISTANT UNITED STATES ATTORNEY

Date: 2-19-21

By: _____
FRANK ANTHONY RUBINO
ATTORNEY FOR DEFENDANT

Date: 2 - 19 - 21

By: _____
PASCAL J. CORSO
DEFENDANT

3